**Larry WINFIELD, Movant-Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 10067.**

Missouri Court of Appeals, Springfield District.

Sept. 14, 1976.

Anthony J. Heckemeyer, Sikeston, for movant-appellant.

John C. Danforth, Atty. Gen., Preston Dean, Asst. Atty. Gen., Jefferson City, for respondent.

Before BILLINGS, C. J., and STONE and TITUS, JJ.

BILLINGS, Chief Judge.

Movant Larry Winfield's grounds for post-conviction relief from a sentence for rape—that his plea of guilty was involuntary and he did not have effective assistance of counsel—are refuted by his guilty plea transcript. *Smith v. State,* 513 S.W.2d 407 (Mo. banc 1974), cert. denied, 420 U.S. 911, 95 S.Ct. 832, 42 L.Ed.2d 841 (1975); *Hogshooter v. State,* 514 S.W.2d 109 (Mo. App.1974).

The trial court did not err in denying the Rule 27.26 motion without conducting an evidentiary hearing.

All concur.